**Jeffrey POLLARD, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 54916.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 7, 1989.

Application to Transfer Denied
May 16, 1989.

Beverly A. Beimdiek, St. Louis, for movant.

William L. Webster, Atty. Gen., Jefferson City, Christopher M. Kehr, Asst. Atty. Gen., for respondent.

ORDER

PER CURIAM.

Movant, Jeffrey Pollard, appeals from the denial of his Rule 27.26 motion without an evidentiary hearing.

The judgment of the motion court is affirmed. Rule 84.16(b).